UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHILECIA KERRIE CROSBIE,

                Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/11/2023

23-CV-7890 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The parties have now consented to this Court's jurisdiction for all purposes pursuant to 28 U.S.C. § 636(c). (Dkt. 8.) Leave to proceed in this Court without prepayment of fees (*see* Dkt. 3) is authorized. *See* 28 U.S.C. § 1915.

    The Commissioner has advised the Court that the notice of electronic filing that ordinarily triggers the 60-day period for service of the answer was not timely transmitted. (*See* Dkt. 7.) Consequently, the answer must be filed no later than 60 days from today. Thereafter, the parties must comply with Standing Order M-10-468 (Dkt. 4).

Dated: New York, New York
       October 11, 2023

                                      SO ORDERED.

                                      _____
                                      **BARBARA MOSES**
                                      **United States Magistrate Judge**