# OSBORN LAW P.C.

Daniel A. Osborn, Esq.  dosborn@
Lindsay M. Trust, Esq.  ltrust@

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/4/2024

**MEMO ENDORSED**

January 3, 2024

**VIA ECF**

Honorable Barbara C. Moses
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:   *Crosbie v. Commissioner of Social Security*
               Civil Action No. 1:23-cv-07890-BCM

Dear Judge Moses,

     We write on behalf of our client, Philecia Kerrie Crosbie, with the consent of the defense, to request additional time to file her motion for judgment on the pleadings which is currently due on January 6, 2024, per the Court's October 11, 2023 Scheduling Order. This is the parties' first request for an extension. The reason for this request is that Plaintiff's counsel currently has five Social Security briefs due this week with another twelve briefs due next week.

     After conferring with the defendant, the parties have agreed to proceed according to the following amended scheduling order, subject to the Court's approval:

- Plaintiff to file her motion for judgment on the pleadings on or before: **April 5, 2024;**

- Defendant to file its response to plaintiff's motion/cross motion on or before: **July 5, 2024**; and

- Plaintiff to file her reply, if any, on or before: **July 19, 2024.**

43 West 43rd Street, Suite 131    Telephone 212-725-9800    osbornlawpc.com
New York, New York 10036    Facsimile  212-500-5115    info@osbornlawpc.com

Honorable Barbara C. Moses
January 3, 2024
Page Two

Thank you for your consideration of this request.

                                  Respectfully submitted,

                                  s/Daniel A. Osborn
                                  Daniel A. Osborn
                                  OSBORN LAW, P.C.
                                  43 West 43rd Street, Suite 131
                                  New York, New York 10036
                                  Telephone:     212-725-9800
                                  Facsimile:       212-500-5115
                                  dosborn@osbornlawpc.com

cc: Jonathan King, Esq. (by ECF)

---

Application GRANTED. SO ORDERED.

_____
Barbara Moses
United States Magistrate Judge
January 4, 2024