# OSBORN LAW P.C.

Daniel A. Osborn, Esq.
Lindsay M. Trust, Esq.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/3/2024__

**MEMO ENDORSED**

April 2, 2024

> Application GRANTED. No further extensions will be granted. SO ORDERED.
>
> _____
> Barbara Moses
> United States Magistrate Judge
> April 3, 2024

**VIA ECF**

Honorable Barbara C. Moses
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re: *Crosbie v. Commissioner of Social Security*
       Civil Action No. 1:23-cv-07890-BCM

Dear Judge Moses,

  We write on behalf of our client, Philecia Kerrie Crosbie, with the consent of the defense, to request a 30-day extension to file her motion for judgment on the pleadings which is currently due on April 5, 2024, per the Court's January 4, 2024 Order granting Extension of Time to file. This is the parties' second request for an extension. The reason for this request is that Plaintiff's counsel currently has over two dozen Social Security briefs and multiple briefs in other cases due in the next three weeks.

  After conferring with the defendant, the parties have agreed to proceed according to the following amended scheduling order, subject to the Court's approval:

- Plaintiff to file her ~~motion for judgment on the pleadings~~ brief (*see* Supp. Soc. Sec. R. 6) on or before: **May 5, 2024;**

- Defendant to file its ~~response to plaintiff's motion/cross motion~~ brief (*see* Supp. Soc. Sec. R. 7) on or before: **August 4, 2024**; and

- Plaintiff to file her reply, if any, on or before: **August 19, 2024.**

Honorable Barbara C. Moses
April 2, 2024
Page Two

Thank you for your consideration of this request.

                                                Respectfully submitted,

                                                s/Daniel A. Osborn
                                                Daniel A. Osborn
                                                OSBORN LAW, P.C.
                                                43 West 43rd Street, Suite 131
                                                New York, New York 10036
                                                Telephone:     212-725-9800
                                                Facsimile:      212-500-5115
                                                dosborn@osbornlawpc.com

cc: Jonathan King, Esq. (by ECF)